**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA,**
**ATLANTA DIVISION**

| | |
|---|---|
| LR TRUST, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNTRUST BANKS, INC., WILLIAM H. ROGERS, JR., AGNES BUNDY SCANLAN, DALLAS S. CLEMENT, PAUL R. GARCIA, M. DOUGLAS IVESTER, DONNA S. MOREA, DAVID M. RATCLIFFE, FRANK P. SCRUGGS, JR., BRUCE L. TANNER, STEVEN C. VOORHEES, and THOMAS R. WATJEN,<br><br>Defendants. | Civil Action No. 19-cv-01622-MLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff LR Trust ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice as to its individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: October 23, 2019

**WEISSLAW LLP**

/s/ *Michael A. Rogovin*

Michael A. Rogovin
Georgia Bar No. 780075
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel.: (404) 692-7910
Fax: (212) 682-3010
mrogovin@weisslawllp.com
-and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: 212/682-3025
Facsimile: 212/682-3010

*Attorneys for Plaintiff*